1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA
10      SAN FRANCISCO DIVISION
11

| | |
|---|---|
| IN RE DEEP VEIN THROMBOSIS LITIGATION | ) MDL No. 04-1606 VRW |
| | ) |
| | ) ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [~~PROPOSED~~] |
| This Document Relates to: | ) |
| *Brackenbury v. Virgin Atlantic Airways,* C05-3873 | ) |
| *Labadia v. Virgin Atlantic Airways,* CV 05-02952 | ) |
| | ) |
| | ) |
| _____ | ) |

18

19         On July 25, 2006, Clyde & Co US LLP filed with this Court a Notice of

20   Substitution of Attorney on behalf of defendant Virgin Atlantic Airways Limited.

21   After consideration of the Notice of Substitution of Attorney submitted by counsel,

22   the Court orders that:

23   //

24   //

25   //

26   //

27   //

28   //

1    Request of defendant Virgin Atlantic Airways Limited to substitute Clyde &

2  Co US LLP as its attorneys of record in place and stead of Condon & Forsyth LLP

3  is hereby approved.

4

5  IT IS SO ORDERED.

6

7  DATED: _____ 8/7/ , 2006    _____

8                                       HONOR  Judge Vaughn R Walker  KER

9                                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED]